## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NATHANIEL L. FITZGERALD,
ADC #84210                                                                                              PLAINTIFF

V.                                      3:10-cv-00237-JMM-JTK

DICK BUSBY, et al.                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state claim. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE